IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LOCAL 965 INTERNATIONAL UNION OF OPERATING ENGINEERS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   12-CV-3178 |
| SCHNABEL FOUNDATION COMPANY, INC., | ) ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On July 2, 2012, Plaintiff filed its Complaint herein and paid all filing fees in full.   However, Plaintiff has not taken steps to perfect service on Defendant.   Federal Rule of Civil Procedure 4(m) directs that a plaintiff must serve a defendant within 120 days of filing of the Complaint. On October 30, 2012, the 120 days for service lapsed.   Plaintiff was reminded of the 120-day rule by this Court's Text Order of November 15, 2012 and advised if service was not perfected, the case was subject to dismissal for want of prosecution.   As of this date, Plaintiff has failed to comply with

Rule 4(m).   The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.   See 28 U.S.C. § 636(b)(1).   Failure to file a timely objection will constitute a waiver of objections on appeal.   <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).   See Local Rule 72.2.

ENTER:    December 4, 2012

FOR THE COURT:

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE