IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LOCAL 965 INTERNATIONAL UNION OF OPERATING ENGINEERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 12-3178 ) |
| SCHNABEL FOUNDATION COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER

SUE E. MYERSCOUGH, U.S. District Judge:

A Report and Recommendation was entered by U.S. Magistrate Judge Byron Cudmore in the above cause on December 4, 2012. See d/e 4.  The Report and Recommendation states that Plaintiff has failed to comply with Federal Rule of Civil Procedure 4(m) which calls for Plaintiff to perfect service on Defendant within 120 days of filing of the Complaint.  Based on Plaintiff's failure to prosecute the case, Magistrate Judge Cudmore recommends that the case be dismissed.  More than fourteen (14) days have passed since entry of the Report and Recommendation.  Neither party has made any objections.  See 28 U.S.C. § 636(b)(1).  Accordingly, the Court

ACCEPTS the Report and Recommendation. See <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 4) is ACCEPTED by this Court; and

(2) This case is DISMISSED for want of prosecution.

ENTER: January 9, 2013

FOR THE COURT:	<u>s/ Sue E. Myerscough</u>
	SUE E. MYERSCOUGH
	UNITED STATES DISTRICT JUDGE